FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 31 2012
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
HAWAII DIVISION

JACQUELINE AGNES CLAXTON, )
   Movant, )
v. )
UNITED STATES OF AMERICA, )
   Respondent. )

USDC Case No. 1:12-CV-_____

USDC Case No. 1:10-CR-0108-1

Hon. J. Michael Seabright
United States District Judge

## MOVANT'S *PRO SE* MOTION TO SEAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO VACATE AND SUPPORTING DOCUMENTS

COMES NOW, JACQUELINE AGNES CLAXTON Movant *pro se* in the above styled and number cause and respectfully moves before this Court for entry of an Order granting the relief requested in all respects.

IN SUPPORT THEREOF, Movant would show the Court the following facts and circumstances:

I.

Filed contemporaneously with her Motion to Vacate, Movant (Claxton") has submitted a detailed Memorandum of Law with Exhibits in Support (including a Sworn Affidavit). Based on the confidential nature of much of the information including certain pertinent facts which could prove harmful to Claxton and/or her family she seeks this Court's consideration of sealing the documents including all attendant and responsive pleadings.

WHEREFORE, PREMISES considered and for good cause shown, Movant, JACQUELINE AGNES CLAXTON respectfully requests that the Motion as is hereinabove set forth and described, be in all things GRANTED, or such other and further relief that this Court deems appropriate.

Dated: July 26, 2012

Respectfully Submitted,

By: _____
Jacqueline Agnes Claxton
Movant *pro se*
Reg. No. 11228-022
SPC Dublin
5675 8th St., Camp Parks
Dublin, CA 94568

### DECLARATION

I JACQUELINE AGNES, herein declare under penalty of perjury that I am the Movant *pro se* in the above stated matter and that the foregoing is true and correct based upon information and belief and not willfully false. I make this statement and declaration pursuant to 28 U.S.C. § 1746 this 26 day of July, 2012.

By: _____
Jacqueline Agnes Claxton
Movant *pro se*
Reg. No. 11228-022

### CERTIFICATE OF SERVICE

I herein certify that one original and two copies of the foregoing was sent via first class mail with postage prepaid and affixed thereon this 26 day of July, 2012, by placing same in the United States mail to the Clerk of the Court for the District of Hawaii at 300 Ala Moana Blvd., C-338, Honolulu, HI 96850 pursuant to the holdings of the Supreme Court in *Houston v. Lack*.

By: _____
Jacqueline Agnes Claxton
Movant *pro se*
Reg. No. 11228-022
SPC Dublin
5675 8th St., Camp Parks
Dublin, CA 94568

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____
_____
_____
_____
_____
_____

_____          _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

State of California
County of  Alameda

Subscribed and sworn to (~~or affirmed~~) before me on this

26 day of July, 20 12, by

(1) Jacqueline A. Claxton,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) ~~(,)~~

(and

(2) _____,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
           Signature of Notary Public

E. SAMANIEGO
Commission # 1951602
Notary Public - California
Alameda County
My Comm. Expires Sep 10, 2015

Place Notary Seal Above

——————————— OPTIONAL ———————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: Motion to Vacate, Set Aside or Correct a Sentence By a Person in Federal Custody Case No. 1:10-CR-0108-1
Document Date: July 26, 2012    Number of Pages: 42

Signer(s) Other Than Named Above: NO OTHER Signer

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827