FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 17 2012

at 4 o'clock and 3 min, P M.
SUE BEITIA, CLERK

Jacqueline Agnes Claxton
Movant, *Pro Se*
No. 11228-022
SPC Dublin
5675 8th Street, Camp Parks
Dublin, California 94568

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
HAWAII DIVISION

| | |
|---|---|
| JACQUELINE AGNES CLAXTON, ) | |
| ) | |
| Movant, ) | |
| ) | USDC Case No. 1:12-CV-0433 |
| v. ) | |
| ) | USDC Case No. 1:10-CR-0108-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | Hon. J. Michael Seabright |
| Respondent. ) | United States District Judge |

## MOVANT'S *PRO SE* MOTION AND REQUEST FOR LEAVE TO FILE TRAVERSE IN REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255

COMES NOW JACQUELINE AGNES CLAXTON, Movant *pro se*, in the above styled and numbered cause and respectfully moves before this Court for entry of an Order Granting the relief requested as is hereinabove set forth and described in all respects.

IN SUPPORT THEREOF, Movant would show the Court the following facts, and circumstances:

I.

On or about July 31, 2012, Movant ("Claxton") timely filed her Motion to Vacate via the provisions of 28 U.S.C. §2255 ("§2255") (Doc#90). After a lengthy extension and waiver of attorney-client privilege motions were granted (Doc # 94 & #96-#98), the Government has timely filed it's Answer in Opposition on November 29, 2012 (Doc #99). As such, Claxton respectfully moves before this Court for leave to file a Traverse in Reply to the Government's Response in Opposition.

1  However, because she is proceeding *pro se* , is not formally trained in the law,

2  nor has she unencumbered access to the prison law library, Claxton seeks 45-60 days

3  from entry of an Order granting her request within which to timely file her Traverse

4  in Reply. Movant assures the Court that the instant motion is not for the purposes of

5  delay but instead, to provide this Court with an appropriate record and pleadings upon

6  which to base its decision..

7  WHEREFORE, premises considered and for good cause shown, Movant

8  JACQUELINE AGNES CLAXTON requests that the Motion as is hereinabove set forth

9  and described be in all things GRANTED.

10  Dated: December 13, 2012                              Respectfully submitted,

11

12                                                      By: _____
                                                        Jacqueline Agnes Claxton
                                                        Movant *pro se*
13                                                      Reg. No. 11228-022
                                                        SPC Dublin
14                                                      5675 8th St., Camp Parks
                                                        Dublin, CA 94568
15

16

17

18

19                              DECLARATION

20  I Jacqueline Agnes Claxton , herein declare under penalty of perjury that I am

21  the Movant *pro se* in the above stated matter and that the foregoing is true and correct

22  based upon information and belief and not willfully false. I make this declaration

23  pursuant to 28 U.S.C. §1746 this 13 day of December, 2012.

24

25                              By _____
                                Jacqueline Agnes Claxton
26                              Movant *pro se*

27

28                                      -2-

<u>CERTIFICATE OF SERVICE</u>

I herein certify that a true and correct copy of the foregoing was sent via first class United States mail with postage prepaid and affixed thereon this 13 day of December, 2012 to: Office of the U.S. Attorney, District of Hawaii, Attn: Thomas Muehleck, AUSA, at 300 Ala Moana Blvd., Suite 6100, Honolulu, HI 96850.

By: _____
Jacqueline Agnes Claxton
Movant *pro se*
Reg. No. 11228-022
SPC Dublin
5675 8th St., Camp Parks
Dublin, CA 94568

-3-